IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CYNTHIA GARZA,

        Plaintiff,

v.   No. CV 21-876 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING JOINT
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Amend Briefing Schedule* (the "Motion"), (Doc. 15), filed January 3, 2022. In the Motion, the parties ask the Court to extend the briefing deadlines by 45 days because "they have discovered that the [administrative record] is missing the most recent ALJ decision in this case" and "due to the holidays and to processing time inherent in the supplemental [administrative record] preparation process, the supplemental [administrative record] will not be completed and sent to Defendant's counsel in sufficient time for Plaintiff to complete her opening brief by January 11, 2022, and will likely not be completed for some time after that." (Doc. 15 at 1). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **February 25, 2022**, to serve her Motion to Reverse or Remand; Defendant through **April 28, 2022**, to serve her Response; and Plaintiff through **May 12, 2022**, to serve her Reply.

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE