IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CYNTHIA GARZA,

        Plaintiff,

v.                              No. CV 21-876 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Defendant Commissioner Kilolo Kijakazi's *Unopposed First Motion for Extension of Time to Respond to Plaintiff's Opposed Motion to Reverse and/or Remand* (the "Motion"), (Doc. 19), filed April 28, 2022. In the Motion, the Commissioner explains that counsel has been "sick with the flu" and as a result "many of [] counsel's assigned tasks have been pushed back to the end of April, despite assistance from other attorneys . . ." (Doc. 19 at 1-2). The Commissioner therefore seeks an extension of twenty-nine days. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant is granted through **May 27, 2022**, to serve her Response, and Plaintiff through **June 10, 2022**, to serve her Reply.

**IT IS SO ORDERED**.

                                                      _____
                                                      THE HONORABLE CARMEN E. GARZA
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.