IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CYNTHIA GARZA,

        Plaintiff,

v.                                                                         No. CV 21-876 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Defendant Commissioner Kilolo Kijakazi's *Unopposed Second Motion for Extension of Time to Respond to Plaintiff's Opposed Motion to Reverse and/or Remand* (the "Motion"), (Doc. 21), filed May 27, 2022. In the Motion, Defendant explains she filed a prior motion for extension of time due to counsel's illness. Now, counsel explains she recently "reached out to the agency client about the issues raised by Plaintiff in her opening brief" and is still awaiting a response from the Agency. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant is granted through **June 27, 2022**, to serve her Response; and Plaintiff through **July 11, 2022**, to serve her Reply.

**IT IS SO ORDERED**.

                                                      THE HONORABLE CARMEN E. GARZA
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.